IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COURTNEY GRAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 1:13-CV-01429-RLY-MJD |
| NATIONAL BOARD OF OSTEOPATHIC MEDICAL EXAMINERS, | ) ) ) ) |
| Defendant. | ) ) ) |

**DEFENDANT'S NOTICE OF SERVICE OF
DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LIST**

Defendant, National Board of Osteopathic Medical Examiners, Inc. ("NBOME"), by counsel, hereby informs the Court that it has served its Preliminary Witness and Exhibit List on all parties on February 4, 2014.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By: /s/ Kristen M. Carroll
Kristen M. Carroll, Atty. #23129-49-A
Robert M. Kelso, Atty. #5441-49
Attorneys for Defendant,
National Board of Osteopathic Medical Examiners

131287 / 2271905-1

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that a copy of the foregoing has been forwarded to the following by placing same in the United States Mail, postage prepaid, this 4th day of February, 2014:

 Vincent Nowak
 1301 Daws Drive
 Amarillo, TX 79124
 venowak@gmail.com

 Sydney L. Steele
 KROGER, GARDIS & REGAS, LLP
 111 Monument Circle, Suite 900
 Indianapolis, IN 46204-5125
 ssteele@kgrlaw.com

      /s/ Kristen M. Carroll_____
      Kristen M. Carroll/Robert M. Kelso

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN  46204
(317) 638-4521
(317) 636-5917 fax
kcarroll@k-glaw.com
rkelso@k-glaw.com