UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COURTNEY GRAY,<br>Plaintiff,<br><br>vs.<br><br>NATIONAL BOARD OF OSTEOPATHIC<br>MEDICAL EXAMINERS,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 1:13-cv-01429-RLY-MJD<br>)<br>)<br>) |

**MINUTE ENTRY FOR FEBRUARY 14, 2014**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Parties appeared by telephone for a Status Conference. The parties reported on the status of discovery and the status of working toward a settlement of this matter.

This matter is scheduled for a telephonic status conference on **Monday, March 17, 2014 at 5:00 p.m.** to discuss case status. Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 02/19/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.