IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| COURTNEY GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  1:13-CV-01429-RLY-MJD |
| | ) | |
| NATIONAL BOARD OF | ) | |
| OSTEOPATHIC MEDICAL | ) | |
| EXAMINERS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION OF DISMISSAL, WITH PREJUDICE

Comes now the parties by their respective counsel and hereby stipulate and agree

that all matters herein have been compromised and settled, and that this cause should be

dismissed, with prejudice, costs paid.

Respectfully submitted,

By:     */s Vincent Nowak*_____
         Vincent Nowak, Atty. SBOT # 15121550
         *Attorney for Plaintiff*

Vincent Nowak
1301 Daws Drive
Amarillo, TX 79124
venowak@gmail.com


KIGHTLINGER & GRAY, LLP

By:     */s Kristen M. Carroll*_____
         Kristen M. Carroll, Atty. #23129-49
         Robert M. Kelso, Atty. #5441-49
         Attorneys for Defendant, National Board of
         Osteopathic Medical Examiners

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN  46204
kcarroll@k-glaw.com
rkelso@k-glaw.com

131287 / 2252624-1

KROGER, GARDIS & REGAS, LLP


By:     */s Sydney L. Steele*_____
        Sydney L. Steele, Atty. #694-49
        Attorneys for Defendant, National Board of
        Osteopathic Medical Examiners

KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125
ssteele@kgrlaw.com