IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| COURTNEY GRAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL BOARD OF )<br>OSTEOPATHIC MEDICAL )<br>EXAMINERS, )<br>)<br>Defendant. )<br>_____) | Case No.: 1:13-CV-01429-RLY-MJD |

## ORDER OF DISMISSAL

The Plaintiff, Courtney Gray, by counsel, and Defendant, National Board of Osteopathic Medical Examiners, by counsel, hereby requests Stipulation of Dismissal of this action, therefore it is ordered that the above entitled cause be dismissed, with prejudice, costs paid, in that all matters of controversy between these parties have been fully compromised and settled.

DATED:   3/04/2014

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kristen M. Carroll/Robert M. Kelso
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN  46204
kcarroll@k-glaw.com
rkelso@k-glaw.com

Vincent Nowak
1301 Daws Drive
Amarillo, TX 79124
venowak@gmail.com

Sydney L. Steele
KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204-5125
ssteele@kgrlaw.com